### No. 12,343.

### J. H. KIRKPATRICK, TAX COLLECTOR, VS. THE DAVIS CLOCK CO. ET ALS.

The occupation of carrying clocks in a one-horse vehicle and selling them to those disposed to buy, subjects the party pursuing the occupation to the peddler's tax prescribed by the eleventh section of the Act No. 38 of 1894, not to the tax of traveling vendors imposed by the Act No. 150 of 1890.

APPEAL from the Third Judicial District Court for the Parish of Claiborne.   *Barksdale, J.*

---

*M. J. Cunningham*, Attorney General, and *E. H. McClendon*, District Attorney, for Plaintiff, Appellee.

---

*Jno. R. Phipps* and *J. E. Moore* for Defendant, Appellant.

Argued and submitted January 21, 1897.
Opinion handed down February 15, 1897.

The opinion of the court was delivered by

MILLER, J. The appeal is by defendant from the judgment impos-
ing on it a license tax as traveling vendor of clocks.

The only business of defendant is that conducted by its agent who
carries his clocks in a one-horse hack, and sells them on his rounds
through the parish to those disposed to buy. Defendant's contention
is that the only license there can be exacted for that business is that
required of peddlers and hawkers on foot, horseback, or carrying his
wares on a horse or other vehicle. Act No. 38 of 1894, Sec. 10.
There is, in our view, a clear application of this peddler's tax to the
occupation of defendant's agent, and hence the defendant is not sub-
ject to that section of the act of 1890 on "traveling vendors," under
which the license tax in question was sought to be exacted.

It is therefore ordered, adjudged and decreed that the judgment of
the lower court be avoided and reversed and plaintiff's rule dismissed
at his costs.